1  JOHN L. BURRIS, Esq., SBN 69888
   BENJAMIN NISENBAUM, Esq., SBN 222173
   JAMES COOK, Esq., SBN 300212
2  **Burris, Nisenbaum, Curry & LACY, LLP**
   Airport Corporate Centre
   7677 Oakport Street, Suite 1120
   Oakland, California 94621
3  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
   John.Burris@bncllaw.com
4  Ben.Nisenbaum@bncllaw.com
   James.Cook@bncllaw.com

5  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWAME EDJAH, individually and as co-successor-in-interest to NENYA EDJAH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANSISCO, a municipal and public corporation; DOES 1-50, inclusive, individually, jointly, and severely,<br><br>Defendants. | CASE NO.: 23-cv-2752 SK<br><br>**STIPULATION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties hereby stipulate and request that the complaint filed by Plaintiff KWAME EDJAH as successor-in-interest to Decedent NENYA EDJAH, against the CITY AND COUNTY OF SAN FRANCISCO and DOE defendants be dismissed with prejudice, with Plaintiffs and Defendants each bearing their own attorneys' fees and costs until this point.

Dated: November 21, 2024.                    **Burris, Nisenbaum, Curry and LACY, LLP**

/s/ *James Cook*
John L. Burris
Benjamin Nisenbaum
James Cook
Attorneys for Plaintiffs

Dated:  November 21, 2024           **CITY ATTORNEY'S OFFICE**

/s/ *Frank M. Law Fleur*
Frank M. La Fleur
Attorneys for Defendants,
CITY AND COUNTY OF SAN FRANCISCO

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties, and with good cause appearing, **IT IS HEREBY ORDERED** that the complaint filed by Plaintiff KWAME EDJAH be DISMISSED WITH PREJUDICE, with Plaintiffs and Defendants each bearing their own attorneys' fees and costs until this point.

**IT IS SO ORDERED.**

DATED: November 21, 2024   _____
Honorable Judge Sallie Kim
United States Magistrate Judge